UNITED STATES BANKRUPTCY COURT
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **HALCÓN RESOURCES** | : | **Case No. 16-11724 (BLS)** |
| **CORPORATION,** *et al.*, | : | |
| | : | **Joint Administration Requested** |
| **Debtors.**[1] | : | |

------------------------------------------------------------ x

**AGENDA FOR FIRST DAY HEARING**
**AND INDEX OF FIRST DAY PLEADINGS**

**Date and Time of Hearing:** <u>**FRIDAY, JULY 29, 2016 AT 9:30 A.M. (ET)**</u>

**Location:**    **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF**
**DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM**
**NO. 1, WILMINGTON, DELAWARE 19801**

**I.    PETITIONS AND RELATED PLEADINGS**

1.    **[**"**Voluntary Petition Packages**"**]**

    A.  Halcón Resources Corporation., Case No. 16-11724
    B.  Halcón Holdings, Inc., Case No. 16-11725
    C.  HK Resources, LLC, Case No. 16-11726
    D.  The 7711 Corporation, Case No. 16-11727
    E.  Halcón Gulf States, LLC, Case No. 16-11728
    F.  Halcón Louisiana Operating, L.P., Case No. 16-11729
    G.  Halcón Field Services, LLC, Case No. 16-11730
    H.  Halcón Energy Properties, Case No. 16-11731
    I.   Halcón Operating Co., Inc., Case No. 16-11732
    J.  Halcón Williston I, LLC, Case No. 16-11733
    K.  Halcón Williston II, LLC, Case No. 16-11734
    L.  Halcón Resources Operating, Inc., Case No. 16-11735
    M.  HRC Energy Louisiana, LLC, Case No. 16-11736
    N.  HRC Energy Resources (WV), Inc., Case No. 16-11737

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Halcón Resources Corporation (0684); Halcón Holdings, Inc. (5102); HK Resources, LLC (9194); The 7711 Corporation (4003); Halcón Gulf States, LLC (2976); Halcón Louisiana Operating, L.P. (9727); Halcón Field Services, LLC (0280); Halcón Energy Properties, Inc. (5292); Halcón Operating Co., Inc. (3588); Halcón Williston I, LLC (9550); Halcón Williston II, LLC (9676); Halcón Resources Operating, Inc. (4856); HRC Energy Louisiana, LLC (1433); HRC Energy Resources (WV), Inc. (2713); HRC Production Company (3501); Halcón Energy Holdings, LLC (0538); HRC Energy, LLC (5010); HK Energy, LLC (8956); HK Louisiana Operating, LLC (4549); HK Oil & Gas, LLC (0502); HK Energy Operating, LLC (8107); HRC Operating, LLC (5129).  The Debtors' mailing address is 1000 Louisiana Street, Suite 6700, Houston, Texas 77002.

O.  HRC Production Company, Case No. 16-11738
P.  Halcón Energy Holdings, LLC, Case No. 16-11739
Q.  HRC Energy, LLC, Case No. 16-11740
R.  HK Energy, LLC, Case No. 16-11741
S.  HK Louisiana Operating, LLC, Case No. 16-11742
T.  HK Oil & Gas, LLC, Case No. 16-11743
U.  HK Energy Operating, LLC, Case No. 16-11744
V.  HRC Operating, LLC, Case No. 16-11745

2.  [**"First Day Declaration"**] Declaration of Stephen W. Herod in Support of Chapter 11 Petitions and First Day Relief [D.I. 2]

## II.    FIRST DAY MOTIONS

3.  [**"Joint Administration"**] Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases [D.I. 3]

   **Status:**    This matter is going forward.

4.  [**"DIP"**] Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Granting Adequate Protection to Prepetition Secured Parties and (V) Scheduling a Final Hearing [D.I. 4]

   **Related Document:**

   a)  Declaration of Timothy R. Coleman in Support of Debtors' Motion for Interim and Final (I) Authority to Obtain Postpetition Financing; (II) Authority to Use Cash Collateral; (III) Authority to Grant Security Interests and Superpriority Claims; (IV) Authority to Provide Adequate Protection; and (V) Modification of the Automatic Stay [D.I. TBD]

   **Status:**    This matter is going forward only with respect to the interim relief requested therein.

5.  [**"Hedging Procedures"**] Motion of Debtors Pursuant to 11 U.S.C. §§ 363 and 105(a) for Final Order (I) Authorizing Debtors to (A) Continue Performing Under Prepetition Swap Agreements and (B) Enter Into and Perform Under New Postpetition Swap Arrangements; and (II) Authorizing Protections for Consenting Lender Swap Parties [D.I. 5]

   **Status:**    This matter is going forward.

01:18946762.2

6. **["Cash Management"]** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(b), 363(c), and 364(a) and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Granting the Debtors Authority to (A) Continue their Existing Cash Management System, (B) Honor Certain Related Obligations, (C) Continue Intercompany Arrangements and (D) Maintain Existing Bank Accounts and Business Forms, and (II) Waiving the Requirements of 11 U.S. C. § 345(b) [D.I. 6]

    **Status:**    This matter is going forward only with respect to the interim relief requested therein.

7. **["Solicitation Procedures"]** Debtors' Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan; (II) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (III) Approving Prepetition Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities; and (V) Granting Related Relief [D.I. 7]

    **Related Documents:**

    a)    Proposed Disclosure Statement for Joint Prepackaged Plan of Reorganization of Halcón Resources Corporation, *et al.* Under Chapter 11 of the Bankruptcy Code [D.I. 17]

    b)    Declaration of Jane Sullivan of Behalf of Epiq Bankruptcy Solutions, LLC Regarding Service of Solicitation Packages and Tabulation of Ballots Cast on the Joint Prepackaged Plan of Halcón Resources Corporation, *et al.* Under Chapter 11 of the Bankruptcy Code [D.I. 18]

    **Status:**    This matter is going forward.

8. **["Wages and Benefits"]** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations and (II) Directing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 8]

    **Status:**    This matter is going forward only with respect to the interim relief requested therein.

9.  **["Royalty Interest and Trade Claims"]**  Motion of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to Pay or Honor Prepetition and Postpetition (A) Payments to Interest Owners, (B) Operating Expenses, (C) Joint-Interest Billings, and (D) Other Trade Claims and Expenses and (II) Granting Related Relief [D.I. 9]

> **Status:**    This matter is going forward only with respect to the interim relief requested therein.

10. **["Taxes"]** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541(d) and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Assessments and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 10]

> **Status:**    This matter is going forward only with respect to the interim relief requested therein.

11. **["Utilities"]** Motion of Debtors Pursuant to 11 U.S.C. §§ 366 and 105(a) for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service [D.I. 11]

> **Status:**    This matter is going forward only with respect to the interim relief requested therein.

12.  **["Insurance"]** Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b), and Fed R. Bankr. P. 4001, 6003, and 6004 for Interim and Final Authority to Continue Insurance Programs and Surety Bond Program and Pay all Obligations with Respect Thereto [D.I. 12]

> **Status:**    This matter is going forward only with respect to the interim relief requested therein.

13. **["NOL Trading"]**  Motion of Debtors Pursuant to 11 U.S.C. §§ 362 and 105(a) for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in, and Claims Against, the Debtors [D.I. 13]

> **Status:**    This matter is going forward only with respect to the interim relief requested therein.

14. **["Claims and Noticing Agent Retention"]** Application of Debtors Pursuant to 28 U.S.C. § 156(c) and Local Rule 2001-1(f) for Authorization to Appoint and Retain Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent to the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 14]

   **Related Documents:**

   a) Notice of Filing of Exhibit [D.I. 26]

   **Status:**    This matter is going forward.

Dated: July 28, 2016
       Wilmington, Delaware

                                        /s/ Jaime Luton Chapman
                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                        Robert S. Brady (No. 2847)
                                        Michael R. Nestor (No. 3526)
                                        Jaime Luton Chapman (No. 4936)
                                        Patrick A. Jackson (No. 4976)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware  19801
                                        Telephone: (302) 571-6600
                                        Facsimile:  (302) 571-1253

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Gary T. Holtzer
                                        Joseph H. Smolinsky
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        *Proposed Attorneys for the Debtors*
                                        *and Debtors in Possession*

5