# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------x
:
In re                                            :    **Chapter 11**
                                                 :
HALCÓN RESOURCES CORPORATION,   :    **Case No. 16-11724 (BLS)**
                                                 :
        Debtor.                                  :
                                                 :
Fed. Tax Id. No. 20-0700684                      :
------------------------------------------------------x
:
In re                                            :    **Chapter 11**
                                                 :
HALCÓN HOLDINGS, INC.,                 :    **Case No. 16-11725 (BLS)**
                                                 :
        Debtor.                                  :
                                                 :
Fed. Tax Id. No. 52-1535102                      :
------------------------------------------------------x
:
In re                                            :    **Chapter 11**
                                                 :
HK RESOURCES, LLC,                       :    **Case No. 16-11726 (BLS)**
                                                 :
        Debtor.                                  :
                                                 :
Fed. Tax Id. No. 46-4369194                      :
------------------------------------------------------x
:
In re                                            :    **Chapter 11**
                                                 :
THE 7711 CORPORATION,                    :    **Case No. 16-11727 (BLS)**
                                                 :
        Debtor.                                  :
                                                 :
Fed. Tax Id. No. 74-2784003                      :
------------------------------------------------------x

```
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
HALCÓN GULF STATES, LLC,                 :    Case No. 16-11728 (BLS)
                                         :
         Debtor.                         :
                                         :
Fed. Tax Id. No. 73-1522976              :
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
HALCÓN LOUISIANA OPERATING, L.P., :           Case No. 16-11729 (BLS)
                                         :
         Debtor.                         :
                                         :
Fed. Tax Id. No. 45-5409727              :
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
HALCÓN FIELD SERVICES, LLC,              :    Case No. 16-11730 (BLS)
                                         :
         Debtor.                         :
                                         :
Fed. Tax Id. No. 45-5240280              :
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
HALCÓN ENERGY PROPERTIES, INC.,          :    Case No. 16-11731 (BLS)
                                         :
         Debtor.                         :
                                         :
Fed. Tax Id. No. 02-0685292              :
-----------------------------------------x
                                         :
In re                                    :    Chapter 11
                                         :
HALCÓN OPERATING CO., INC.,              :    Case No. 16-11732 (BLS)
                                         :
         Debtor.                         :
                                         :
Fed. Tax Id. No. 75-2883588              :
-----------------------------------------x
```

```
--------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
HALCÓN WILLISTON I, LLC,                    :    Case No. 16-11733 (BLS)
                                            :
         Debtor.                            :
                                            :
Fed. Tax Id. No. 80-0869550                 :
--------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
HALCÓN WILLISTON II, LLC,                   :    Case No. 16-11734 (BLS)
                                            :
         Debtor.                            :
                                            :
Fed. Tax Id. No. 46-1459676                 :
--------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
HALCÓN RESOURCES                            :    Case No. 16-11735 (BLS)
OPERATING, INC.,                            :
         Debtor.                            :
                                            :
Fed. Tax Id. No. 03-0544856                 :
--------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
HRC ENERGY LOUISIANA, LLC,                  :    Case No. 16-11736 (BLS)
                                            :
         Debtor.                            :
                                            :
Fed. Tax Id. No. 84-1651433                 :
--------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
HRC ENERGY RESOURCES (WV), INC.,            :    Case No. 16-11737 (BLS)
                                            :
         Debtor.                            :
                                            :
Fed. Tax Id. No. 84-1682713                 :
--------------------------------------------x
```

-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
HRC PRODUCTION COMPANY,                        :    Case No. 16-11738 (BLS)
                                               :
        Debtor.                                :
                                               :
Fed. Tax Id. No. 74-2353501                    :
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
HALCÓN ENERGY HOLDINGS, LLC,                   :    Case No. 16-11739 (BLS)
                                               :
        Debtor.                                :
                                               :
Fed. Tax Id. No. 80-0840538                    :
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
HRC ENERGY, LLC,                               :    Case No. 16-11740 (BLS)
                                               :
        Debtor.                                :
                                               :
Fed. Tax Id. No. 20-8875010                    :
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
HK ENERGY, LLC,                                :    Case No. 16-11741 (BLS)
                                               :
        Debtor.                                :
                                               :
Fed. Tax Id. No. 26-0418956                    :
-----------------------------------------------x
                                               :
In re                                          :    Chapter 11
                                               :
HK LOUISIANA OPERATING, LLC,                   :    Case No. 16-11742 (BLS)
                                               :
        Debtor.                                :
                                               :
Fed. Tax Id. No. 42-1654549                    :
-----------------------------------------------x

4

```
-----------------------------------------x
                                         :
In re                                    :   Chapter 11
                                         :
HK OIL & GAS, LLC,                       :   Case No. 16-11743 (BLS)
                                         :
        Debtor.                          :
                                         :
Fed. Tax Id. No. 32-0190502              :
-----------------------------------------x
                                         :
In re                                    :   Chapter 11
                                         :
HK ENERGY OPERATING, LLC,                :   Case No. 16-11744 (BLS)
                                         :
        Debtor.                          :
                                         :
Fed. Tax Id. No. 35-2238107              :
-----------------------------------------x
                                         :
In re                                    :   Chapter 11
                                         :
HRC OPERATING, LLC,                      :   Case No. 16-11745 (BLS)
                                         :
        Debtor.                          :
                                         :   Re: Docket No. 3
Fed. Tax Id. No. 20-8875129              :
-----------------------------------------x
```

## ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated July 27, 2016 (the "**Motion**"),[1] of Halcón Resources

Corporation ("**Holdings**") and certain of its subsidiaries and affiliates, as debtors and debtors in

possession (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "**Local Rules**"), for an order directing joint administration of their chapter 11

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Motion.

cases, all as more fully set forth in the Motion; and upon consideration of the Herod Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interests; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as provided herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 16-11724 (BLS).

3.      Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4.      The caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
------------------------------------------------------ x
                                                       :
In re                                                  :    Chapter 11
                                                       :
HALCÓN RESOURCES                                       :    Case No. 16–11724 (BLS)
CORPORATION, et al.,                                   :
                                                       :
              Debtors. ¹                               :    (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

5.      A docket entry shall be made in each of the above-captioned cases (other than the chapter 11 case of Holdings) substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Halcón Resources Corporation; Halcón Holdings, Inc.; HK Resources, LLC; The 7711 Corporation; Halcón Gulf States, LLC; Halcón Louisiana Operating, L.P.; Halcón Field Services, LLC; Halcón Energy Properties, Inc.; Halcón Operating Co., Inc.; Halcón Williston I, LLC; Halcón Williston II, LLC; Halcón Resources Operating, Inc.; HRC Energy Louisiana, LLC; HRC Energy Resources (WV), Inc.; HRC Production Company; Halcón Energy Holdings, LLC; HRC Energy, LLC; HK Energy, LLC; HK Louisiana Operating, LLC; HK Oil & Gas, LLC; HK Energy Operating, LLC; HRC Operating, LLC.    The docket in Case No. 16-11724 (BLS) should be consulted for all matters affecting this case.

6.      The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

---

¹ Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Halcón Resources Corporation (0684); Halcón Holdings, Inc. (5102); HK Resources, LLC (9194); The 7711 Corporation (4003); Halcón Gulf States, LLC (2976); Halcón Louisiana Operating, L.P. (9727); Halcón Field Services, LLC (0280); Halcón Energy Properties, Inc. (5292); Halcón Operating Co., Inc. (3588); Halcón Williston I, LLC (9550); Halcón Williston II, LLC (9676); Halcón Resources Operating, Inc. (4856); HRC Energy Louisiana, LLC (1433); HRC Energy Resources (WV), Inc. (2713); HRC Production Company (3501); Halcón Energy Holdings, LLC (0538); HRC Energy, LLC (5010); HK Energy, LLC (8956); HK Louisiana Operating, LLC (4549); HK Oil & Gas, LLC (0502); HK Energy Operating, LLC (8107); HRC Operating, LLC (5129).  The Debtors' mailing address is 1000 Louisiana Street, Suite 6700, Houston, Texas 77002.

7.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: July 25, 2016
       Wilmington, Delaware

_____
BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE