**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
*In re:*                                                    :   Chapter 11
                                                            :
HALCÓN RESOURCES                                            :   Case No. 16-11724 (BLS)
CORPORATION, *et al.*,[1]                                   :
                                                            :   (Jointly Administered)
      Debtors.                 :
                                                            :   **Objection Deadline: August 16, 2016 at 4:00 p.m. (ET)**
---------------------------------------------------------- x   **Hearing Date: August 23, 2016 at 10:00 a.m. (ET)**

**NOTICE OF APPLICATION OF DEBTORS FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014, AND LOCAL RULE 2014-1 (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF PJT PARTNERS LP AS INVESTMENT BANKER, *NUNC PRO TUNC* TO THE PETITION DATE, AND (II) WAIVING INFORMATION REQUIREMENTS OF LOCAL RULE 2016-2(D)**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS' THIRTY (30) LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS; (III) COUNSEL TO JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT UNDER THE REVOLVING CREDIT FACILITY AGREEMENT; (IV) COUNSEL TO THE TRUSTEE FOR THE SECOND LIEN NOTES; (V) COUNSEL TO THE TRUSTEE FOR THE THIRD LIEN NOTES; (VI) COUNSEL TO THE TRUSTEE FOR THE UNSECURED NOTES; (VII) COUNSEL TO THE CONSENTING THIRD LIEN NOTEHOLDERS; (VIII) COUNSEL TO THE AD HOC GROUP OF SECOND LIEN NOTEHOLDERS; (IX) COUNSEL TO THE CONSENTING UNSECURED NOTEHOLDERS; (X) COUNSEL TO THE CONVERTIBLE NOTEHOLDER; (XI) ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

      **PLEASE TAKE NOTICE** that Halcón Resources Corporation and its affiliated debtors, as debtors and debtors in possession in the above-captioned cases chapter 11 cases (collectively, the "**Debtors**"), have filed the attached *Application of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Local Rule 2014-1*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Halcón Resources Corporation (0684); Halcón Holdings, Inc. (5102); HK Resources, LLC (9194); The 7711 Corporation (4003); Halcón Gulf States, LLC (2976); Halcón Louisiana Operating, L.P. (9727); Halcón Field Services, LLC (0280); Halcón Energy Properties, Inc. (5292); Halcón Operating Co., Inc. (3588); Halcón Williston I, LLC (9550); Halcón Williston II, LLC (9676); Halcón Resources Operating, Inc. (4856); HRC Energy Louisiana, LLC (1433); HRC Energy Resources (WV), Inc. (2713); HRC Production Company (3501); Halcón Energy Holdings, LLC (0538); HRC Energy, LLC (5010); HK Energy, LLC (8956); HK Louisiana Operating, LLC (4549); HK Oil & Gas, LLC (0502); HK Energy Operating, LLC (8107); HRC Operating, LLC (5129). The Debtors' mailing address is 1000 Louisiana Street, Suite 6700, Houston, Texas 77002.

*(I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to Petition Date, and (II) Waiving Information Requirements of Local Rule of 2016-2(d)* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Application must be filed on or before **August 16, 2016, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, copies of any responses or objections to the Application must be served upon the proposed undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **AUGUST 23, 2016, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: August 1, 2016
      Wilmington, Delaware

/s/ *Jaime Luton Chapman*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Jaime Luton Chapman (No. 4936)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for the Debtors
and Debtors in Possession*